**COMMONWEALTH of Pennsylvania, Respondent**

v.

**London LINTON, Petitioner**

**No. 138 EAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

∎

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Tyrirk HARRIS, Petitioner**

**No. 137 EAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**

∎

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Alexis POPIELARCHECK, Respondent**

**No. 101 WAL 2017**

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

AND NOW, this 29th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED** with respect to the following issue:

When a sentencing court sentences a DUI offender in need of further treatment to County Intermediate Punishment pursuant to 42 Pa.C.S. § 9763, is the sentencing court required to impose a mandatory maximum sentence pursuant to 75 Pa.C.S. § 3804(d)?